THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH T. HALL, Appellant, v. THE BOARD OF TOWN AUDITORS OF THE TOWN OF HEMPSTEAD, Respondent.

*People ex rel. Hall v. Bd. Town Auditors,* 39 App. Div. 638, affirmed.
(Argued April 19, 1899; decided May 12, 1899.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered March 28, 1899, affirming, on certiorari, a determination of the

board of town auditors of the town of Hempstead in the audit of a claim for services of Joseph T. Hall, an overseer of the poor.

*George Wallace* for appellant.

*Thomas Young* for respondent.

Order affirmed, with costs; no opinion.
All concur.